Karl S. Pearson (Bar No. 014594)
**PEARSON LAW, PLC**
4422 N. Civic Center Plaza, Suite 101
Scottsdale, Arizona 85251
(480) 820-1800
(480) 707-5011
kpearson@pearson-law.com
Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| COMPOSITE INDUSTRIE S.A. <br><br> Plaintiff, <br><br> Vs <br><br> VISION AIR AMERICA, INC.: ARTUR NIEWIADOWSKI, <br><br> Defendant | CV-13-01984-PHX-JAT <br><br> **APPLICATION FOR WRIT OF GARNISHMENT** <br><br> **(Non-Earnings)** <br><br> (Honorable James A. Teilborg) |
| MIDFIRST BANK, <br><br> Garnishee | |

Applicant COMPOSITE INDUSTRIE S.A, by and through the undersigned attorney states:

1.  Applicants is the judgment creditor. Applicant was awarded a money judgment or order against VISION AIR AMERICA, INC. and ARTUR NIEWIADOWSKI the judgment debtors.

2.  The amount of the outstanding balance on the judgment or order, including accrued interest and allowable costs, is $114,000.13. Interest accrues at the rate of four and one quarter percent (4.25%) per annum from February 17, 2015. The cost of serving the Writ of

Garnishment will be as shown on the Affidavit of Service and may be added to the judgment along with allowable costs.

3. Applicants believe the statements checked below are true:

☒ Garnishee owes judgment debtor money which was not earned by judgment debtor for personal services.

☒ Garnishee is holding money for judgment debtor under the Judgment debtor's name which is not exempt from collection.

☐ Garnishee is a corporation and judgment debtor owns shares or other interest in the corporation.

4. The name and address of the Garnishee is as follows:

MIDFIRST BANK
10725 N. Scottsdale Rd.
Scottsdale, AZ 85254

5. Applicants have attached a complete Writ of Garnishment and Summons form and ask that the Writ be issued,

Dated: 5/21/15

_____
Signature of Judgment Creditor