Karl S. Pearson (Bar No. 014594)
**PEARSON LAW, PLC**
4422 N. Civic Center Plaza, Suite 101
Scottsdale, Arizona 85251
(480) 820-1800
(480) 707-5011
kpearson@pearson-law.com
Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| COMPOSITE INDUSTRIE S.A.<br><br>Plaintiff,<br><br>Vs<br><br>VISION AIR AMERICA, INC.:<br>ARTUR NIEWIADOWSKI,<br><br>Defendants<br><br>MIDFIRST BANK,<br><br>Garnishee | Case No. CV-13-01984-PHX-JAT<br><br>**WRIT OF GARNISHMENT AND SUMMONS**<br>**(Non-Earnings)**<br>**(A.R.S § 12-1571 thru 1574)**<br><br>(Honorable James A. Teilborg) |

**THE STATE OF ARIZONA TO THE SHERIFF, CONSTABLE OR ANY OTHER OFFICER OF MARICOPA COUNTY, AUTHORIZED BY LAW TO SERVE PROCESS:**

**STATEMENTS OF JUDGMENT CREDITOR**

1. **JUDGMENT CREDITOR** was awarded a judgment or order against the Judgment Debtors.

2. The amount of the outstanding balance on the judgment or order, including accrued interest and allowable costs, is $114,000.13. Interest accrues at the rate of four and one quarter percent (4.25%) per annum from February 17, 2015. The cost of serving

the Writ of Garnishment will be as shown on the Affidavit of Service and may be added to the Judgment.

3. Judgment Creditors believe that garnishee holds nonexempt property or money other than wages owed or belonging to judgment debtors.

4. The name and address of all the Garnishee is:

   MIDFIRST BANK
   10725 N. Scottsdale Rd.
   Scottsdale, AZ 85254

5. The last known mailing address of the Judgment Debtors is:

   VISION AIR AMERICA, INC.
   407 South 107th Ave, Bldg A, Ste 8
   Tolleson, AZ 85353


   ARTUR NIEWIADOWSKI
   13734 W Roanoke Ave
   Goodyear, AZ 85395


6. The Judgment Creditor's name and address is:

   COMPOSITE INDUSTRIE S.A
   c/o Pearson Law, PLC
   4422 N. Civic Center Plaza, Suite 101
   Scottsdale, Arizona 85251

## TO THE GARNISHEE (A.R.S. §12-1579)

YOU SHALL answer all the following questions in writing, under oath, on a separate document. Your answer must be filed with the Court within 10 business days after you are served with this Writ of Garnishment.

A. Were you holding personal property or money other than wages belonging to the judgment debtor at the time this Writ was served on you?

B. How much money do you owe the judgment debtor and how much of that money did you withhold pursuant to the writ? Did you release any of that money after you were served with the Writ, and, if so, how much did you release and why?

C. Did you possess any personal property belonging to the judgment debtor at the time the Writ was served on you? If so, please describe each item or group of items you held and describe the specific items of personal property you withheld pursuant to the Writ, if any.

D.     If the garnishee is a corporation, what shares or interest does the judgment debtor own?

## SUMMONS

**A WRIT OF GARNISHMENT has been issued, naming you as garnishee.** You are required to answer this Writ in writing, under oath and file the answer with the Court within 10 days (excluding weekends and holidays) after service on you. If you fail to file an answer, you may be ordered to appear in person to answer this Writ and a default judgment may be entered against you. If a default judgment is entered against you, you may be ordered to pay the full amount shown on this Writ, plus attorney fees and costs.

**THIS SUMMONS IS NOT A REQUEST TO SEND ANY MONEY OR PERSONAL PROPERTY TO THE COURT.**

SIGNED AND SEALED this Date: 6-3-2015

Clerk **BRIAN D. KARTH**

Deputy Clerk A. [signature]

## NOTICE TO GARNISHEE

You should have been served with a blank Garnishee's Answer form. You may complete and file this form with the Court to make your required answer.